1 BENJAMIN B. WAGNER
United States Attorney
2 TODD D. LERAS
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2918

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  CR. S-11-0166 MCE
12             Plaintiff,           )
                                    )  STIPULATION AND
13        v.                        )  ORDER CONTINUING SENTENCING
                                    )  HEARING
14                                  )
   SON TRUNG HOANG,                 )
15                                  )
               Defendant.           )  DATE:  April 11, 2013
16                                  )  TIME:  9:00 a.m.
                                    )  COURT: Hon. Morrison C. England,
17                                  )         Jr.
   _____)
18

19

20        IT IS HEREBY STIPULATED by and between Plaintiff United

21 States of America and Attorney Kyle Knapp, Counsel for Defendant

22 Son Trun Hoang, that the sentencing hearing date of March 28,

23 2013, be continued to April 11, 2013, at 9:00 a.m.

24        The request to continue the sentencing hearing is made on

25 the ground that the parties require additional time to develop

26 and present pertinent information bearing upon defendant's

27 sentence.  Defendant has previously entered a guilty plea.

28 Continuing the sentencing hearing therefore has no bearing on

                               1

1   time considerations under the Speedy Trial Act.  The parties have

2   consulted with the United States Probation Office to confirm that

3   the requested date is acceptable to that office.

4        Kyle Knapp agrees to this request and has authorized

5   Assistant United States Attorney Todd D. Leras to sign this

6   stipulation on his behalf.

7

8   DATED: March 20, 2013          By: /s/ Todd D. Leras
                                       TODD D. LERAS
9                                      Assistant U.S. Attorney

10

11  DATED: March 20, 2013          By: /s/ Todd D. Leras for
                                       KYLE KNAPP
12                                     Attorney for Defendant
                                       SON TRUNG HOANG

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The sentencing hearing of Defendant Son Trung Hoang set for March 28, 2013, is continued to April 11, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE