**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Son Hoang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-0166 - MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING DATE FOR JUDGEMENT AND SENTENCING |
| SON HOANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, SON HOANG, that the current hearing date of June 13, 2013 be vacated and the matter be re-set for July 11, 2013 at 9:00 am.  It is respectfully asserted that additional time is needed to fully address some issues detailed in the probation and to provide further  mitigation evidence to probation.

Dated: June 11, 2013                              Respectfully submitted.

                                                  /s/ Kyle R. Knapp
                                                  Kyle R. Knapp
                                                  Attorney for Defendant, Son Hoang

Dated: June 11, 2013                              Respectfully submitted.

                                                  /s/ Todd Leras
                                                  Todd Leras
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the June 13, 2013 hearing is vacated and the matter is re-set for judgement and sentencing on July 11, 2013 at 9:00am.

IT IS SO ORDERED.

Date: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT